IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2010 APR 26 AM 9: 22

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | Case Number: 8:10CV15 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CONSENT TO EXERCISE** |
| | ) | **OF JURISDICTION BY A** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| 2002 BMW 745i, | ) | |
| VIN WBAGL63422DP51620, | ) | |
| Defendant. | ) | |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For UNITED STATES | 4/16/10 |
| [signature] | For Defendant T | 4/20/10 |
| | For | |
| | For | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV15 |
| | ) | |
| v. | ) | |
| | ) | |
| 2002 BMW 745I, VIN WBAGL63422DP51620, | ) | ORDER OF REFERENCE |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl R. Zwart, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

_April 26, 2010_  _[signature]_
Date                  United States Senior District Judge

SCHAEFER SHAPIRO
ATTORNEYS AT LAW
1001 FARNAM STREET
THIRD FLOOR
OMAHA, NEBRASKA 68102-1817

RECEIVED
APR 21 2010
CLERK
U.S. DISTRICT COURT
OMAHA

PB 869 5363
00.440  APR 20 10
68102
MAILED FROM OMAHA, NE

United States District Court
Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322