IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV15 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| 2002 BMW 745I, VIN | ) | |
| WBAGL63422DP51620, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's unopposed motion to continue the trial of this case, (filing no. 18), and to submit this case on the transcript of a suppression hearing held before the District Court of Hall County, Nebraska in <u>State of Nebraska vs. Benjamin W. Kasper</u>, (case number CR09-410), is granted.

2) The trial of this case, previously scheduled for July 14, 2010, is cancelled.

3) A telephonic status conference will be held on August 3, 2010 at 1:30 p.m. to discuss when the necessary transcripts may be available and the evidence and briefing schedule for submitting this case on the Hall County District Court record.

DATED this 9th day of July, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge