IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV15 |
| | ) | |
| v. | ) | |
| | ) | |
| 2002 BMW 745I, VIN WBAGL63422DP51620, | ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

A telephonic conference was held today to set a schedule for progressing this case to final resolution. Based on the representations of the parties, and with their agreement,

IT IS ORDERED:

1) This case will be determined on documentary evidence, and no trial testimony before this court is needed or will be elicited.

2) On or before August 30, 2010:

   a. The government shall file, as an index of evidence, the transcript of the parallel court proceeding held in Hall County, Nebraska District Court on April 15, 2010 before Judge Wright.

   b. The defendant shall submit a copy of the relevant traffic stop video to the chambers of the undersigned magistrate judge. The court will assure the video is properly submitted and filed as evidence herein.

   c. The parties shall file any joint stipulation reached, if any, on the outstanding lienholder issue.

3) On or before September 7, 2010, the defendant shall file its brief, and the government's responsive brief shall be filed on or before September 21, 2010. No reply brief shall be filed absent leave of the court for good cause shown.

4)  The parties are reminded that to the extent their arguments are dependent on factual findings based on the record, the brief must include specific references identifying where those facts are located in the record.

DATED this 16th day of August, 2010.

>BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge